BEATRICE M. BELL v. BAHR–DeROSE, INC.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DAVIS.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN RILEY.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN COTTO.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD ROCKHOLT.

February 7, 1983.

Petition for certification granted.   (See 186 *N.J.Super.* 539)